## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KIM SINDEN,

    Plaintiff,

v.                                                     Case No: 8:16-cv-1383-T-30AAS

MIDLAND FUNDING, LLC and
FREDERICK J. HANNA & ASSOCIATES,
P.C.,

    Defendants.
_____

### ORDER

The Court has been advised via Plaintiff's Notice of Pending Settlement (Dkt. #19) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of July, 2016.

                                                    JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record